■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH KLEMM, Appellant.

The complete failure of the trial court to instruct the jury with respect to the evaluation of the identification evidence presented *(see, People v Whalen,* 59 NY2d 273; *People v McKenzie,* 97 AD2d 774; *People v Daniels,* 88 AD2d 392), and its similar total neglect to charge the jury as to the defendant's alibi defense *(see, People v Vera,* 94 AD2d 728) mandate reversal, despite the fact that the errors were not preserved for appellate review. Mollen, P. J., Brown, Niehoff and Kooper, JJ., concur.